IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARLIE LEE DREW,**

    *Plaintiff,*

**v.**                           **Case No.: 4:26cv103-MW/MAF**

**A.J. SMITH and
FRANKLIN COUNTY,**

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections, ECF No. 21.

Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 18, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. All pending motions, ECF Nos. 15 and 20, are **DENIED as moot**. The Clerk shall enter judgment stating, "Plaintiff's fifth amended complaint, ECF No. 17, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk

shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on May 26, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2